IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| BARBARA EPPS,<br>8113 Bock Road<br>Fort Washington, Maryland 20744<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY, INC.,<br>11555 Dublin Canyon Road<br>Pleasanton, California 94588<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil No. _____<br>)<br>)  Formerly CAL 20-18895<br>)  Circuit Court for Prince George's<br>)  County, Maryland<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1332, Defendant Safeway, Inc. (hereinafter "Defendant" or "Safeway"), by its undersigned counsel, hereby notices the removal of this action to the United States District Court for the District of Maryland. As grounds for removal, Defendant states:

1. On November 23, 2020, Plaintiff, Barbara Epps ("Plaintiff"), through counsel, commenced this action against Safeway, by filing a Complaint in the Circuit Court for Prince George's County, Maryland, under Case No. CAL 20-18895. In accordance with 28 U.S.C. § 1446(a), true and accurate copies of all process, pleadings, and orders served in the Circuit Court for Prince George's County, Maryland as of this date are attached hereto as **Exhibit A**.

2. The Complaint alleges that Plaintiff sustained injury after a display shelving unit collapsed onto her at the Safeway store located at 990 E. Swan Creek Road, Fort Washington, Maryland 20744 (the "Store").

3. The Complaint asserts a single count of negligence against Safeway.

## PROCEDURAL POSTURE

4. This action was initiated by Plaintiff on or about November 23, 2020.

5. Upon information and belief, Safeway has not yet been served with service of process in this matter.

6. The Notice of Removal of this case to the United States District Court is being timely filed by Safeway, pursuant to 28 U.S.C. § 1446(b)(2)(B), as, upon information and belief, Safeway has not yet been served in this action.

## PARTIES

7. In her Complaint, Plaintiff alleges that she is an individual residing in Prince George's County, Maryland. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, Plaintiff is a citizen of the State of Maryland.

8. Defendant Safeway is a Delaware corporation with is principal place of business in California. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, Safeway is a citizen of Delaware and California.

## JURISDICTION AND VENUE

9. This action is a civil action which falls under this Court's original jurisdiction pursuant to 28 U.S.C. § 1332 (diversity of citizenship), and is one which may be removed to this Court by Safeway pursuant to the provisions of 28 U.S.C. § 1441(a), (b), and (c).

10. This case is removable pursuant to 28 U.S.C. § 1441 because this United States District Court has original jurisdiction of this case under 28 U.S.C. § 1332(a). Section 1332(a) provides in pertinent part as follows:

> a) The district court shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between-

1. citizens of different State....

11. Plaintiff is a citizen of Maryland and Defendant Safeway is a citizen of Delaware and California.

12. Plaintiff's Complaint seeks compensatory damages in an amount in excess of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

13. Pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and 1446(a), this Court has original jurisdiction over this action because the amount in controversy exceeds $75,000.00 and because this action is between citizens of different States.

14. Venue is proper because this district encompasses the jurisdiction in which Plaintiff initiated her lawsuit and the jurisdiction in which the alleged incident occurred.

15. Pursuant to 28 U.S.C. § 1446(d), a Notice of Filing of Notice of Removal is being filed contemporaneously with the Clerk of the Circuit Court for Prince George's County, Maryland, and served on Plaintiff's counsel of record. A copy of the Notice of Filing of Notice of Removal, without exhibits, is attached hereto as **Exhibit B**.

16. No admission of fact, law, or liability is intended by this Notice of Removal, and all defenses, affirmative defenses, and motions are hereby reserved to Defendant.

WHEREFORE, Defendant Safeway, Inc. respectfully requests that this Notice of Removal be accepted and that the Circuit Court Action be removed to the United States District Court for the District of Maryland.

Dated: February 16, 2021               Respectfully submitted,

/s/ Justin M. Cuniff
Justin M. Cuniff (Bar No. 16689)
Carlos A. Uria (Bar No. 19784)
KIERNAN TREBACH LLP
One Park Place, Suite 425

Annapolis, Maryland 21401
Tel: (443) 263-2800
Fax: (443) 263-2935
Email: jcuniff@kiernantrebach.com
Email: auria@kiernantrebach.com
***Counsel for Defendant Safeway, Inc.***

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| BARBARA EPPS,<br>8113 Bock Road<br>Fort Washington, Maryland 20744<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY, INC.,<br>11555 Dublin Canyon Road<br>Pleasanton, California 94588<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil No. _____<br>)<br>) Formerly CAL 20-18895<br>) Circuit Court for Prince George's<br>) County, Maryland<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of February, 2021, a copy of the foregoing Notice of Removal was sent via First-Class mail, postage prepaid, to:

> John G. Costello, Esquire
> Costello & Edwards, LLC
> 5845 Allentown Road
> Camp Springs, Maryland 20746
> ***Counsel for Plaintiff***

/s/ Justin M. Cuniff
Justin M. Cuniff (Bar No. 16689)
Carlos A. Uria (Bar No. 19784)
KIERNAN TREBACH LLP
One Park Place, Suite 425
Annapolis, Maryland 21401
Tel: (443) 263-2800
Fax: (443) 263-2935
Email: jcuniff@kiernantrebach.com
Email: auria@kiernantrebach.com
***Counsel for Defendant Safeway, Inc.***

5