DMOT

# IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND
## *CIVIL DIVISION*

BARBARA EPPS
8113 Bock Road
Fort Washington, MD 20744

          Plaintiff

v.    Case No. CAL20-18895

SAFEWAY INC.
990 E. Swan Creek Road
Fort Washington, MD 20744

          Defendant

**SERVE:**
The Corporation Trust, Incorporated
2405 York Road, Suite 201
Lutherville Timonium, MD 21093

## COMPLAINT

COMES NOW Plaintiff, Barbara Epps, by counsel, Costello & Edwards, LLC and sues Defendant, Safeway Inc., and as grounds therefore states:

### Count 1 (Negligence)

1. That the Plaintiff is an adult citizen of the United States residing in Fort Washington, Maryland.

2. That on or about July 3, 2018, the Plaintiff was an invitee of the Defendant, Safeway Inc., as she was a customer at the Safeway Grocery Store located at 990 E. Swan Creek Road, Fort Washington, Prince George's County, MD 20744.

3. That venue is therefore proper in Prince George's County, Maryland.

4. That the Defendant had a duty to exercise reasonable care to keep the grocery store in reasonably safe condition for customers, including but not limited to the Plaintiff.

1e

SCANNED

5. That the Defendant further had a duty to warn of and/or make safe the premises in question, and to warn Plaintiff, and others similarly situated, of any unreasonable dangers associated with the premises, including display shelves, as well as dangers inherent in the condition of the premises itself, including but not limited to loose and/or unstable display shelves.

6 Notwithstanding said duties the Defendant negligently failed to exercise reasonable care in maintaining the premises, negligently failed to make the premises reasonably safe for customers, negligently failed to make safe a known dangerous condition, unstable display shelf, and/or otherwise negligently failed to warn the Plaintiff of dangers incident to the premises, including loose and/or unstable display shelves.

7. That as a result of the aforesaid negligence of the Defendant, without any negligence on the part of Plaintiff contributing thereto, a faulty, loose, dangerous, and/or unstable display shelving unit was allowed to collapse on Plaintiff.

8. That as a result of the aforesaid negligence of the Defendant, the Plaintiff was caused to suffer severe, painful and permanent injuries of body and mind, including but not limited to injuries to her foot and leg, when the Defendant's display shelf collapsed on Plaintiff.

9. That at all times material the Plaintiff was free of contributory negligence.

10. That as a result of the aforesaid injuries the Plaintiff has and will in the future be caused to incur substantial medical expense, has and will in the future be caused to suffer a loss of wages and earning capacity, both temporarily and permanently, and further has and will in the future be caused to suffer the loss of some of the ordinary pleasures of life.

WHEREFORE Plaintiff, Barbara Epps, sues the Defendant, Safeway Inc., and demands judgment against them in an amount in excess of $75,000.00, plus costs, and attorney's fees.

COSTELLO & EDWARDS, LLC

By: *(signature)*
John G. Costello
CPF #1106150062
5845 Allentown Road
Camp Springs, MD 20746
(301) 925-9080
jgcostello@costelloedwards.com

## DEMAND FOR JURY TRIAL

The Plaintiff demands trial by jury as to all issues contained herein.

*(signature)*
John G. Costello